## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ANDOM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Shenzhen Conkly Technology Co., Ltd., Ltd., *et al.*, <br><br> Defendants. | Case Action No. <br><br> 1:25-cv-7032-TWT |

## PRELIMINARY INJUNCTION ORDER

## INTRODUCTION

**THIS CAUSE** comes before the Court following a hearing on Plaintiff's Motion for Preliminary Injunction. The Court previously entered a Temporary Restraining Order and Asset Freeze Order against all Defendants on December 12, 2025. The Court also authorized Plaintiff to serve Defendants by electronic means. In conjunction with the TRO, the Court ordered Defendants to appear at a hearing on January 22, 2026, to demonstrate good cause why a preliminary injunction should not issue. No Defendant appeared.

During the hearing, Plaintiff established that Defendants were served electronically with process and notice of the January 22, 2026 hearing on January 13, 2026. Defendants, each of which failed to appear at the hearing or otherwise contest the preliminary injunction sought by Plaintiff, have failed to show good cause why a preliminary injunction should not issue against them. Therefore, Plaintiff's Request for Preliminary Injunction is GRANTED. The Court ENTERS a preliminary injunction on the findings of fact and conclusions of law set forth below.

## I.    APPLICABLE LEGAL STANDARDS

A court will issue a preliminary injunction where the requesting party demonstrates the following four factors: (1) it has a substantial likelihood of success

on the merits; (2) the moving party will suffer irreparable injury if the order is not granted; (3) that the threatened injury to the plaintiff outweighs the harm the relief would inflict on the non-movant; and (4) entry of the order would serve the public interest. *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225-26 (11th Cir. 2005) (per curiam); *Cathedral Art Metal Co. v. Divinity Boutique, LLC*, No. 1:18-cv-141-WSD, 2018 WL 566510, at *4 (N.D. Ga. Jan. 26, 2018) (applying four-part test and granting preliminary injunction in a Lanham Act case).

A request for permanent injunctive relief and disgorgement of the defendant's profits from infringement pursuant to 15 U.S.C. § 1117, as well as a request for an award of attorney's fees, are requests for relief in equity. Requests for equitable relief invoke the court's inherent equitable powers to order preliminary injunctive relief, including an asset freeze, in order to assure the availability of permanent relief. *Levi Strauss & Co. v. Sunrise Intern. Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995). Such asset freezes are particularly appropriate against sellers of unauthorized goods who are likely to conceal their ill-gotten profits if their assets are not seized. *Reebok Intern., Ltd. v. Marnatech Enterprises, Inc.*, 970 F.2d 552, 559 (9th Cir. 1992).

## II.    FINDINGS OF FACT AND CONCLUSIONS OF LAW

This Court, having reviewed the Plaintiff's Motion for TRO, Memorandum, and supporting declarations and evidence, makes the following findings of facts and conclusions of law:

3

### A.    Plaintiff's Trademark

1)    Plaintiff has registered numerous trademarks with the United States Patent and Trademark Office, including the mark NATO at issue in this matter, No. 3,907,646 for watches, watch bands, and straps in International Class 14 (the "NATO Trademark").

### B.    Defendants' Advertising and Sale of Counterfeiting and Infringing Goods

2)    Each Defendant is believed to be a non-U.S. entity, association, or individual, located in China or elsewhere in Asia, each of whom sells, offers for sale, distributes, and/or advertises goods through e-commerce stores operating under seller aliases (the "Seller Aliases") on various e-commerce marketplaces such as Alibaba Group Holding Limited., Alibaba.com, Inc., Alibaba.com US E-commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., AUS Merchant Services, Inc. ("Alibaba" and "AliExpress"), Amazon.com Inc. ("Amazon"), eBay Inc. ("eBay"), Etsy, Inc. ("Etsy"), Roadget Business Pte. Ltd. and Shein US Services LLC ("Shein"), Shopify Inc. ("Shopify"), PDD Holdings ("Temu"), Walmart Inc. ("Walmart") (collectively, the "Marketplaces"), and payment processors, such as Alibaba Group Holding Limited, AUS Merchant Services, Inc., and Alipay US, Inc. ("Alipay"), LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic

Payment Co. Ltd. ("LianLian"), Payoneer Global Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), and Stripe Inc. ("Stripe").

3)      Each Defendant uses in commerce a reproduction, counterfeit, copy, or colorable imitation of one or more of the NATO Trademark on or in connection with the sale, offer for sale, distribution, or advertising of goods ("Unauthorized Products") on their respective Seller Aliases on the Marketplaces.

4)      Each Defendant has offered Unauthorized Products for sale throughout the United States. Each Defendant is willing to engage in commercial transactions with residents of the United States and ship Unauthorized Products to the United States.

5)      Each Defendant also accepts payment for its goods in U.S. dollars through, for example, a variety of payment processors, banks, escrow services, money transmitters, the Marketplaces themselves, and other companies (collectively referred to hereafter as, "Financial Institutions") that engage in the processing or transfer of money of or on behalf of Defendants by virtue of their operation of the Seller Aliases on any of the Marketplaces.

6)      Defendants are subject to the personal jurisdiction of this Court pursuant to Rule 4(k)(2) of the Federal Rules of Civil Procedure, and exercising jurisdiction over Defendants is consistent with the United States Constitution and its

laws. Based on the facts set forth above, it is reasonable for Defendants to expect that they may be sued in the United States. *U.S. S.E.C. v. Carrillo*, 115 F.3d 1540, 1542-47 (11th Cir. 1997) (holding court had personal jurisdiction over foreign corporation where defendant placed ads for securities in two airlines' in-flight magazines, mailed offering materials directly to U.S. investors, and maintained U.S. bank accounts to receive payment from investors.); *Louis Vuitton Malletier, S.A. v. Mosseri*, 736 F.3d 1339, 1355-58 (11th Cir. 2013) (affirming jurisdiction over non-resident who sold counterfeit products through fully-interactive website).

7)    Plaintiff has never authorized any of the Defendants to use the NATO Trademark on or in connection with the sale, offer for sale, distribution, or advertising of any goods in the United States.

8)    Plaintiff has established that the Unauthorized Products offered for sale by Defendants are not genuine and that each Defendant is using one or more of the NATO Trademark or a colorable imitation of the NATO Trademark in connection with the sale, offer for sale, distribution, or advertising of Unauthorized Products.

9)    Plaintiff has established that it is substantially likely to succeed on the merits of its trademark infringement claims:

a)  Plaintiff owns valid federal registration for the NATO Trademark;

6

b)  The Unauthorized Products that Defendants are selling or offering for sale are not genuine;

c)  Defendants are using spurious marks that are identical with, or substantially indistinguishable from, one or more of the NATO Trademark or colorable imitations of the NATO Trademark in commerce on or in connection with the sale, offer for sale, distribution, and/or advertising of the Unauthorized Products;

d)  Defendants' use of the NATO Trademark or colorable imitations of the NATO Trademark is likely to cause consumer confusion, mistake, or deception as to the source or origin of the Unauthorized Products;

e)  Alternatively and/or additionally, each Defendant is using in commerce a word, term, name, symbol, or device, or a combination thereof, or a false or misleading representation of fact on or in connection with its goods in a manner that is likely to cause confusion, or to cause mistake, or to deceive, as to the affiliation, connection, or association of each Defendant with Plaintiff, or as to the origin, sponsorship, or approval of each Defendant's goods or commercial activities by Plaintiff.

10)  Under 15 U.S.C. § 1116(a), Plaintiff is entitled to a rebuttable presumption of irreparable harm because Plaintiff is seeking a preliminary injunction

7

and has demonstrated a likelihood of success on the merits.  As held in the preceding paragraph, Plaintiff has demonstrated a likelihood of success on the merits and is, therefore, automatically entitled to a presumption of irreparable harm, thereby satisfying the second factor of the preliminary injunction analysis.

11)    Even in the absence of a rebuttable presumption, Plaintiff has shown that it is likely to suffer irreparable harm if an injunction does not issue.  The proliferation of counterfeit and/or infringing copies of Plaintiff's goods diminishes the distinctiveness of the NATO Trademark and diminishes its value and associated goodwill. Because Plaintiff cannot control the quality of counterfeit or infringing goods, the sale of inferior counterfeit or infringing goods by Defendants will have a materially adverse effect on Plaintiff's business reputation and the goodwill associated with the NATO Trademark. This is sufficient to establish a likelihood of irreparable harm. *Noorani Trading Inc. v. Bijani*, NO. 1:17-CV-1344-LMM, 2017 WL 8292437, at *9 (N.D. Ga. May 4, 2017). The widespread and unauthorized use of the NATO Trademark in the marketing, offering for sale, and sale of counterfeit goods threatens the extensive goodwill associated with Plaintiff's business and the NATO Trademark, and will continue to cannibalize the sale of Plaintiff's genuine goods. There is a significant threat that Plaintiff will suffer irreparable harm without an injunction. *See Ferrellgas Partners, L.P*, 143 Fed. Appx. 180, 190 (11th Cir.

2005); *Crossfit, Inc. v. Quinnie*, 232 F. Supp.3d 1295, 1316 (N.D. Ga. 2017) ("The most corrosive and irreparable harm attributable to trademark infringement is the inability of the victim to control the nature and quality of the defendants' goods.").

12)   It is likely that Plaintiff will suffer immediate and irreparable loss, damage, or injury unless Plaintiff's request for relief is granted:

a) It is likely that Defendants will continue to sell counterfeit and infringing goods through the Seller Aliases on the Marketplaces in the absence of the requested preliminary injunction;

b) As a result, it is likely that consumers will continue to be misled, confused, and disappointed by the quality of these goods, thereby significantly and irreparably damaging Plaintiff's valuable goodwill; and

c) Plaintiff will continue to suffer lost sales of genuine goods as the result of the lower-cost Unauthorized Products offered for sale by Defendants.

13)   The balance of harms favors Plaintiff. If the preliminary injunction is denied, Plaintiff will continue to suffer the above-mentioned irreparable harm to its reputation and the goodwill associated with the NATO Trademark. On the other hand, enjoining Defendants from selling infringing goods poses little to no risk of damaging the goodwill, if any, associated with the Defendants. Any harm

Defendants may suffer is purely monetary and is therefore compensable, unlike the harm that Plaintiff will continue to suffer.

14)    Granting Plaintiff a preliminary injunction is also in the public's interest. It will prevent consumer confusion in the marketplace and remove from the stream of commerce Unauthorized Products of unknown and likely inferior quality and composition, thereby preventing consumer harm, confusion, mistake, and deception.

15)    Plaintiff has requested a permanent injunction and recovery of Defendants' ill-gotten profits from their sale of Unauthorized Products pursuant to 15 U.S.C. § 1117(a).

16)    By requesting equitable relief, Plaintiff has invoked this Court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief. *See Levi Strauss & Co. v. Sunrise Intern. Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995) (citing *Fed. Trade Comm'n v. U.S. Oil & Gas Corp.*, 748 F.2d 1431, 1433–34 (11th Cir. 1984)).

17)    Defendants are likely to destroy evidence of their counterfeiting and infringing activities, such as evidence regarding the Seller Aliases and payment processing histories on the Marketplaces and other Financial Institutions, as well as

10

hide and/or transfer any ill-gotten proceeds from the sale of Unauthorized Products, unless those assets are frozen or otherwise restrained.

18)    All Defendants were previously served with process, the TRO, and notice of the Court's hearing set for January 23, 2026, and were further advised that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d), Rule 65 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1651(a), and the Court's inherent authority.

19)    No Defendant listed on Exhibit A hereto appeared at the preliminary injunction hearing.

## PRELIMINARY INJUNCTION

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for *Ex Parte* Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Order to Show Cause is **GRANTED** as follows:

1)    Each Defendant (as reflected on the attached **Exhibit A**), its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order is hereby ordered temporarily:

11

a)      Cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, importing, destroying, selling off, transferring, or otherwise disposing of any Unauthorized Products;

b)      Cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any products bearing the NATO Trademark, other than genuine products manufactured or distributed by Plaintiff or its authorized distributors; and

c)      Cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Unauthorized Products;

d)      Cease and refrain from using the NATO Trademark, or any confusingly similar trademarks, on or in connection with any seller alias that any Defendant may own, operate, or control on any Marketplace;

e)      Cease and refrain from any and all use of the NATO Trademark, or any confusingly similar trademarks, as metatags, on any webpage (including the title of any web page), in any advertising links to other

websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Seller Aliases registered, owned or operated by any Defendant on any Marketplace; and

f)   Cease and refrain from altering, disabling, closing, or transferring ownership of any seller alias on any Marketplace during the pendency of this Action, or until further Order of the Court.

2)   For the duration of this suit, each Defendant must preserve all documents and electronically stored information arising from or related to its sale, offer for sale, distribution, and advertising of Unauthorized Products through its Seller Aliases located on the Marketplaces.

3)   All Financial Institutions previously served with the TRO shall continue to attach and freeze all funds in any accounts owned, controlled, utilized by, or associated with Defendants and otherwise prohibit the transfer of any funds out of any such accounts and divert any frozen funds and any additional funds that may be transferred into the accounts into a holding account at the Marketplace or the respective Financial Institution for the trust of the Court, with such frozen funds and/or holding accounts being held, maintained, and/or located exclusively within the United States.

13

4)   No funds restrained by this Order shall be transferred or surrendered by any Financial Institution or Marketplace for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of the Court.

5)   The Marketplaces previously served with the TRO (as well as any other e-commerce platform hosting virtual storefronts for any Defendant) on which a Defendant maintains a virtual storefront or account are ordered to continue disabling each Defendant's listing(s) for Unauthorized Products on the Marketplaces and any accounts associated with each Defendant.

6)   Plaintiff may notify the Marketplaces and Financial Institutions of this Order by electronic means, including by electronic mail.

7)   Pursuant to this Court's discretion, Plaintiff shall not presently be required to post a bond or other security. *See BellSouth Telecommunications, Inc. v. MCIMetro Access Transmission Servs., LLC*, 425 F.3d 964, 971 (11th Cir. 2005). However, any Defendant may appear and immediately challenge this portion of the Order by providing the Court with a reasonable estimation of its potential lost sales, along with supporting documentation sufficient to allow the Court to decide what an appropriate amount of surety would be. Plaintiff will then have one (1) week in which to file a response.

8)      This Order shall remain in effect for the remainder of the litigation or until such further date as set by the Court or stipulated to by the parties.

9)      This Order shall apply to Defendants, their associated Seller Aliases on the Marketplaces, and any other websites, domain names, seller identification names, e-commerce stores, or Financial Institution accounts which are being used by Defendants for the purpose of advertising, offering for sale, and selling any Unauthorized Products at issue in this action and/or unfairly competing with Plaintiff.

10)     Any Defendant or Financial Institution account holder may petition the Court to modify the asset restraint set out in this Order.

11)     The Court's previous Temporary Restraining Order, Asset Freeze Order, and Order to Show Cause is **dissolved and is replaced by this Preliminary Injunction Order which is hereafter in effect**.

SO ORDERED this ___2nd___ day of ___February___, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

## EXHIBIT A
## LIST OF ALL NAMED DEFENDANTS SUBJECT TO ORDER

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Shenzhen Conkly Technology Co., Ltd. | conkly | https://conkly.en.alibaba.com |
| 2 | Shenzhen Dibet Technology Co., Ltd. | dbtwear | https://dbtwear.en.alibaba.com |
| 3 | Dongguan Jianhe Metal & Plastic Co., Limited | dgjianhe | https://dgjianhe.en.alibaba.com |
| 4 | Ehzou Knute E-Commerce Co., Ltd. | ezknt2024 | https://ezknt2024.en.alibaba.com |
| 5 | Dongguan Fupengda Intelligent Technology Co., Ltd. | fupeng282 | https://fupeng282.en.alibaba.com |
| 6 | Zhejiang Hengwei Zipper Co., Ltd. | hengweislider | https://hengweislider.en.alibaba.com |
| 7 | Shenzhen Hanghui Technology Co., Ltd. | houwell | https://houwell.en.alibaba.com |
| 8 | Huizhou Huahang Watch Co., Ltd. | huahang7 | https://huahang7.en.alibaba.com |
| 9 | Shenzhen Jiawin Digital Technology Co., Ltd. | jiawin1 | https://jiawin1.en.alibaba.com |
| 10 | Shenzhen Jieweicheng Technology Co., Ltd. | jieweicheng | https://jieweicheng.en.alibaba.com |
| 11 | DeliveredKorea | kr19068299544oalm | https://kr19068299544oalm.en.alibaba.com |
| 12 | WIZBROTHER | kr19068794922fwrp | https://kr19068794922fwrp.en.alibaba.com |
| 13 | Shenzhen Yazhitang Trading Co., Ltd. | mobilefittings | https://mobilefittings.en.alibaba.com |
| 14 | Dongguan Peipeijia Plastic Technology Co., Ltd. | ppj | https://ppj.en.alibaba.com |
| 16 | Dongguan Sichen Rubber Plastic Co., Ltd. | seasonrubber | https://seasonrubber.en.alibaba.com |
| 17 | Dong Guan Shi Dai Precision Mould Limited Company | shidaiwatch | https://shidaiwatch.en.alibaba.com |
| 18 | Shenzhen Shunlilai Ribbon Products Co., Ltd. | sllzd | https://sllzd.en.alibaba.com |
| 19 | MingJiang (ShenZhen) Technology Co., Ltd | szmingjiang | https://szmingjiang.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 20 | Tikshow Technology (shenzhen) Co., Ltd. | tikshowrubbers | https://tikshowrubbers.en.alibaba.com |
| 21 | Shenzhen Yuda Watch Industry Co., Ltd. | universewatch | https://universewatch.en.alibaba.com |
| 22 | Shenzhen Zhuoying Technology Co., Ltd. | zykj666 | https://zykj666.en.alibaba.com |
| 23 | OCHSTIN Global Store | 1101322914 | https://www.aliexpress.com/store/1101322914 |
| 24 | Dr Lemon Watch Belt Shop Store | 1101821029 | https://www.aliexpress.com/store/1101821029 |
| 25 | Watchband Factory Outlet Store | 1102150352 | https://www.aliexpress.com/store/1102150352 |
| 26 | Orange Maple Watch Strap Store | 1102524623 | https://www.aliexpress.com/store/1102524623 |
| 27 | Vintage Bracelet Store | 1103273300 | https://www.aliexpress.com/store/1103273300 |
| 28 | Shop1103340589 Store | 1103345290 | https://www.aliexpress.com/store/1103345290 |
| 29 | Friend Watch Strap Store | 1103471499 | https://www.aliexpress.com/store/1103471499 |
| 30 | Vintage Watch Accessories Store | 1103675864 | https://www.aliexpress.com/store/1103675864 |
| 31 | Shop1104053338 Store | 1104065264 | https://www.aliexpress.com/store/1104065264 |
| 32 | ZZTSNB | A10RGKWEG9BEUQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A10RGKWEG9BEUQ |
| 33 | gjhxd | A1316FWL8V2H70 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1316FWL8V2H70 |
| 34 | FuJianZheRongXianJingXinShangMaoYouXianGongSi | A14RPSEMXVBFW3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A14RPSEMXVBFW3 |
| 35 | dengzhoushizhenzhendimengshangmaoyouxiangongsi | A15ITYH4X2TU5Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15ITYH4X2TU5Z |
| 36 | Luancheng District Liu Yihan Daily Necessities Dep | A15QOUS2427J76 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15QOUS2427J76 |
| 37 | ShengJieWuJin | A16RMESLOSGBBX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A16RMESLOSGBBX |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 38 | TSVR leathergoods | A17SMJLM3036IZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17SMJLM3036IZ |
| 39 | dengzhoushiwendengshangmaoyouxiangongsi | A18VU39O9ZQQG3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18VU39O9ZQQG3 |
| 40 | HaiFengSiJi | A1BBEUF5YDMFPP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BBEUF5YDMFPP |
| 41 | yongfang store | A1BLN414OEFCUL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BLN414OEFCUL |
| 42 | jincancanstore | A1D98JBDPXMR7P | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1D98JBDPXMR7P |
| 43 | XZCXSMP | A1J59F42KLVLWJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1J59F42KLVLWJ |
| 44 | dengzhoushitaodengshangmaoyouxiangongsi | A1JEZ62XYMJVMC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JEZ62XYMJVMC |
| 45 | HUO SHUANG | A1LPOPOPIL46Y5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LPOPOPIL46Y5 |
| 46 | zixibaihuo | A1R2CFGJKAF2NG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1R2CFGJKAF2NG |
| 48 | dengzhoushikangdengshangmaoyouxiangongsi | A1SSZL9Z6PGGEY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1SSZL9Z6PGGEY |
| 49 | XiaoDengEr | A1TMST1W573FSN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1TMST1W573FSN |
| 50 | ZGYJ0662 | A1VWGLBO4S9PYS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1VWGLBO4S9PYS |
| 51 | xiangfenxianfuyoushengxuyangzhichang | A1WJIK71QUR6G5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1WJIK71QUR6G5 |
| 53 | Dargleo | A22ACUWD4K29QU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22ACUWD4K29QU |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 54 | Ullchro | A22J4DXIMUT0JS | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22J4DXIMUT0JS |
| 55 | fukaimaoyistore | A23OX2G14UWHBE | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23OX2G14UWHBE |
| 56 | shutingjingpindian | A25UZ26MBXJSZS | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25UZ26MBXJSZS |
| 57 | zhaoqianlong store | A26XJH6WBRY730 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A26XJH6WBRY730 |
| 58 | YIMoYangGuang | A28E910R5ZQGML | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28E910R5ZQGML |
| 59 | XZSYL | A28FVZRWP3H8VL | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28FVZRWP3H8VL |
| 61 | TYDLCLTY | A29BY3PW9AJXSE | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29BY3PW9AJXSE |
| 62 | yajuanjuan | A29ML0NMXWUHTQ | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29ML0NMXWUHTQ |
| 63 | DHSXMCY | A2EP8EB9QEXQDD | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2EP8EB9QEXQDD |
| 64 | wangqidong2024 | A2EQ5U50967P7L | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2EQ5U50967P7L |
| 65 | SXQPSMP | A2FOX613AZN373 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2FOX613AZN373 |
| 66 | minglingstore | A2KDKPJ6SIX161 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2KDKPJ6SIX161 |
| 67 | shenyangliaochenwanmaoshangmaoyouxiangongsi | A2M88C2C4GC7LK | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2M88C2C4GC7LK |
| 68 | AVK Jaatara | A2MG1I3E42AWO0 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MG1I3E42AWO0 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 69 | Iron Man-us | A2MKO6XBIT TCIZ | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A2MKO6XBITTCIZ |
| 70 | A&S-fittings | A2OBE9VH4V TQ1G | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A2OBE9VH4VTQ1G |
| 71 | TICFROG | A2RP93CFV0C SBN | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A2RP93CFV0CSBN |
| 72 | axiuxiu | A3012S0S9LVE 9Y | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A3012S0S9LVE9Y |
| 74 | LJUCK | A34BVU6VV7 C4LM | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A34BVU6VV7C4LM |
| 75 | luckyzhao888 | A350DJ8Q5BY 1NN | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A350DJ8Q5BY1NN |
| 76 | USBDGD | A356K0LE6DG UCW | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A356K0LE6DGUCW |
| 77 | zxzmyb | A3CMF4GXAY 29BN | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A3CMF4GXAY29BN |
| 79 | xihudongjun US | A3GG8VTAW2 DR4D | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A3GG8VTAW2DR4D |
| 80 | HHAX | A3K8WX3O1F 8SA7 | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A3K8WX3O1F8SA7 |
| 81 | mayumeistore | A3OMXQE05R TOO0 | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A3OMXQE05RTOO0 |
| 82 | Regimental Shop | A3P9MLCJ8O0 R61 | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A3P9MLCJ8O0R61 |
| 83 | HZYFJ | A3PO5HMTMJ O7JX | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A3PO5HMTMJO7JX |
| 85 | hengyuangongcheng | A3RNBI9HCLD 7IX | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A3RNBI9HCLD7IX |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 86 | PaulaPang | A3T7FYKJSXB36O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3T7FYKJSXB36O |
| 88 | Magic LC Shop | A5CMAC732PP51 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5CMAC732PP51 |
| 89 | chemmumu | A8UKKDOIVHBEF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8UKKDOIVHBEF |
| 91 | SXQWDZSWB | AE8PAH0PUDZMV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AE8PAH0PUDZMV |
| 92 | DENGZHOUSHIXIAOALEISHANGMAOYOUXIANGONGSI | AF07HBZ9V0YWQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AF07HBZ9V0YWQ |
| 93 | QUchen0567 | AFA17QOTEEC6C | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AFA17QOTEEC6C |
| 95 | UK-FUYALIANG | AM7O57396XVF3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AM7O57396XVF3 |
| 96 | panjinshixinqishengshangmaoyouxiangongsi | ANE64NDQ30CI4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANE64NDQ30CI4 |
| 97 | XILEFACAIDIAN | AOQGFM5Y8KC9M | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOQGFM5Y8KC9M |
| 98 | INDIZ GLOBAL | AQKI2FIHXPSR5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQKI2FIHXPSR5 |
| 99 | LINGHAIHOME | ATQ1NN8WBK6ZP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ATQ1NN8WBK6ZP |
| 100 | SXJIANMINGSD | AU2YYH50DITNL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AU2YYH50DITNL |
| 101 | WUHAIFENGAMZ | AVU1A5V3FM7RF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVU1A5V3FM7RF |
| 102 | a10tanjian20160 | a10tanjian20160 | https://www.ebay.com/usr/a10tanjian20160 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 103 | akiyama39 | akiyamajapan | https://www.ebay.com/usr/akiyamajapan |
| 104 | asukat_31 | asukat_31 | https://www.ebay.com/usr/asukat_31 |
| 105 | automob3071 | automob3071 | https://www.ebay.com/usr/automob3071 |
| 106 | exellentfactory | exellentfactory | https://www.ebay.com/usr/exellentfactory |
| 107 | fashiongoshop18 | fashiongoshop18 | https://www.ebay.com/usr/fashiongoshop18 |
| 108 | qinband | qinband | https://www.ebay.com/usr/qinband |
| 109 | IskenderWatchBox | IskenderWatchBox | https://www.etsy.com/shop/IskenderWatchBox |
| 110 | TASCONYAustralia | TASCONYAustralia | https://www.etsy.com/shop/TASCONYAustralia |
| 111 | TSVRleathergoods | TSVRleathergoods | https://www.etsy.com/shop/TSVRleathergoods |
| 112 | hemsutwatchbands | hemsutwatchbands.com | https://www.hemsutwatchbands.com/ |
| 113 | BYUHLBYH | 9569796546 | https://us.shein.com/store/home?store_code=9569796546 |
| 114 | aquaticowatch | aquaticowatch.com | https://aquaticowatch.com |
| 115 | ritchewatchbands | ritchewatchbands.com | https://ritchewatchbands.com/ |
| 116 | JSPSTA Watchband | 634418213504042 | https://www.temu.com/tt--m-634418213504042.html |
| 117 | Smartwatch watchband | 634418218454745 | https://www.temu.com/tt--m-634418218454745.html |
| 118 | FCflower | 101294820 | https://www.walmart.com/reviews/seller/101294820 |
| 119 | Adepoy Official | 101638550 | https://www.walmart.com/reviews/seller/101638550 |
| 120 | Zardenal | 102481385 | https://www.walmart.com/reviews/seller/102481385 |
| 121 | Hengfa Trading | 102520068 | https://www.walmart.com/reviews/seller/102520068 |
| 122 | Happy Department Store | 102714936 | https://www.walmart.com/reviews/seller/102714936 |
| 123 | Freeman's Department Store | 102714948 | https://www.walmart.com/reviews/seller/102714948 |
| 124 | weipingz | 102717674 | https://www.walmart.com/reviews/seller/102717674 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 125 | taiyuanlizhao | 102760338 | https://www.walmart.com/reviews/seller/102760338 |
| 126 | gansujinshengmaoyi | 102772038 | https://www.walmart.com/reviews/seller/102772038 |
| 127 | GaoYL | 102855812 | https://www.walmart.com/reviews/seller/102855812 |
| 128 | diehuistore | 102855927 | https://www.walmart.com/reviews/seller/102855927 |